

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

SM Energy Company,

\* From the 118th District Court
of Howard County,
Trial Court No. 53991.

Vs. No. 11-23-00222-CV

\* November 25, 2025

Buzzard Roost Farms, Inc.
and C&L Solutions, Inc.,

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment insofar as it awards damages to Buzzard Roost Farms, Inc. and C&L Solutions, Inc. in the amount of $4,982,043.68 for the value of the saltwater disposal wells, and we vacate that award and render judgment that Buzzard Roost Farms, Inc. and C&L Solutions, Inc. take-nothing on that claim. Further, we reverse the trial court's judgment and the award of attorneys' fees to Buzzard Roost Farms, Inc. and C&L Solutions, Inc., and we remand the issue of attorneys' fees to the trial court for reconsideration and further proceedings consistent with this opinion. In all other respects, we affirm the judgment of the trial court. The costs incurred by reason of this appeal are taxed 50% against SM Energy Company and 50% against Buzzard Roost Farms, Inc. and C&L Solutions, Inc.